UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH M. ADZIMAH,

                Plaintiff,

-against-

SECRETARY WILBUR L. ROSS, *United States Department of Commerce*,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/17/2020
```

19-cv-9574 (MKV)

ORDER

**MARY KAY VYSKOCIL, United States District Judge:**

      The Court is in receipt of a letter from Defendant regarding his contemplated motion to dismiss the First Amended Complaint [ECF #24]. The Court finds that a pre-motion conference is not necessary. Accordingly, IT IS HEREBY ORDERED that Defendant shall file his motion by December 18, 2020. IT IS FURTHER ORDERED that Plaintiff shall respond by January 19, 2021. Defendant shall reply by January 26, 2021.

      IT IS FURTHER ORDERED that, because Plaintiff has filed an amended pleading [ECF #23] and Defendant intends to file a new motion to dismiss, Defendant's motion to dismiss the original complaint [ECF #11] is DENIED as moot.

      Plaintiff is on notice that failure to comply with this Order and prosecute his case may result in dismissal.

      The Clerk of Court is respectfully directed to terminate the motions pending at docket entries 11 and 24.

**SO ORDERED.**

**Date:  November 17, 2020**
       **New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**